IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **DONALD BODDIE and Others**<br>**Similarly Situated** | **PLAINTIFF** |
| **v.**          3:11CV00113-BRW | |
| **WEST MEMPHIS POLICE DEPARTMENT**<br>**WEST MEMPHIS, ARKANSAS** | **DEFENDANT** |

### ORDER

Pending is the parties' Joint Motion to Dismiss with Prejudice (Doc. No. 5). The parties have reached an agreement to resolve this matter and ask the Court to dismiss this case with prejudice. The Motion is GRANTED and this case is DISMISSED.

IT IS SO ORDERED this 21st day of September, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE